

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

TELETRAC, INC.,                          §
                                                              No. 08-13-00009-CV
                    Appellant,           §
                                                              Appeal from the
v.                                       §
                                                              171st Judicial District Court
RUSSELL TRANSPORT, INC.,                 §
                                                              of El Paso County, Texas
                    Appellee.            §
                                                              (TC#2011-DCV09158)
                                         §

## <u>MEMORANDUM OPINION</u>

Appellant, Teletrac, Inc., has moved to dismiss its appeal against Appellee, Russell Transport, Inc., in the above-numbered cause. As permitted by the Rules of Appellate Procedure, this Court may dismiss an appeal "[i]n accordance with a motion of appellant . . . unless [dismissing the appeal] would prevent a party from seeking relief to which it would otherwise be entitled." TEX.R.APP.P. 42.1(a)(1). The motion to dismiss has been on file with this Court more than ten days, and indicates it has been served upon each attorney of record. The certificate of conference attached to the motion indicates that the motion is unopposed. Because Appellant has complied with the requirements of Rule 42.1(a)(1) and no opposing party has sought relief, we grant the motion to dismiss and dismiss the appeal. Costs are assessed against Appellant. *See* TEX.R.APP.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the

appellant).


February 27, 2013

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.